**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WAKULLA BANK, | )<br>)<br>)<br>) |
| Plaintiff | )<br>) |
| vs. | ) Case No. 4:13-CV-00416-MW-CAS<br>) |
| WALTER C. DODSON, SCOTT W. GABY, WILLIAM F. VERSIGA, GERALD D. BRYANT, AND WALTER L. ROBERTS, | )<br>)<br>)<br>) |
| Defendants. | ) |

**JOINT REPORT**
**ON MEDIATION STATUS**

Plaintiff Federal Deposit Insurance Corporation as Receiver for Wakulla Bank ("FDIC-Receiver"), and Defendants Walter C. Dodson, Scott W. Gaby, William F. Versiga, Gerald D. Bryant, and Walter L. Roberts (collectively with the FDIC-Receiver, "Parties"), hereby submit their Joint Report on Mediation Status pursuant to the Court's Scheduling and Mediation Order. (Dkt. 26.) The Parties state as follows:

1. Under the Court's Scheduling and Mediation Order, mediation must be completed "within 28 days after the discovery deadline," or December 12, 2014. (*Id.* at 7.) Moreover, within 14 days after the time for mediation has ended, or December 26, 2014, "the mediator or a party must file a report … indicating when mediation was conducted and the outcome (that is, whether the case was settled or impasse was declared)." (*Id.* at 7.)

2. Neither the mediator nor any party filed the mediation status report within the time specified in the Scheduling and Mediation Order. The Parties seek to file this mediation report to inform the Court of their progress at this time.

3. On July 17, 2014, the parties engaged in a mediation session in Tallahassee with Judge Stuart Nudelman as the mediator. FDIC-Receiver representatives attended the mediation with FDIC-Receiver counsel Antony Burt and Valarie Hays. All of the Defendants were also present with their counsel, Bard Brockman. Representatives of Defendants' insurer also attended the mediation. After a full day of negotiations, the mediation was terminated with no settlement reached.

4. Following the July 2014 mediation, the parties continued to engage in settlement discussions. Ultimately, however, the parties have been unable to resolve the matter.

Dated: January 9, 2015

Respectfully Submitted,

/s/ Antony S. Burt
Ronald S. Safer
Antony S. Burt
Valarie Hays
Lawrence H. Heftman
Kevin Reidy
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5500 (t)
(312) 258-5600 (f)
rsafer@schiffhardin.com
aburt@schiffhardin.com
vhays@schiffhardin.com
lheftman@schiffhardin.com
kreidy@schiffhardin.com


Kenneth R. Hart
Robert N. Clarke, Jr.
AUSLEY McMULLEN
123 S. Calhoun Street
P.O. Box 391
Tallahassee, Florida 32301
(850) 425-5462 (t)
(850) 222-7560 (f)
khart@ausley.com
rclarke@ausley.com

*Counsel for the Federal Deposit Insurance Corporation as Receiver for Wakulla Bank, Plaintiff*

/s/ Ryan T. Scarborough
Jeffrey D. Bailey
Ryan T. Scarborough
WILLIAMS & CONNOLLY LLP
725 12th Street NW
Washington, DC 22043
(202) 434-5000 (t)
(202) 434-5029 (f)
jbailey@wc.com
rscarborough@wc.com


W. Bard Brockman
Florida Bar No. 0868817
Damon J. Whitaker
Florida Bar No. 0923591
BRYAN CAVE LLP
One Atlantic Center, 14th Fl.
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
bard.brockman@bryancave.com
damon.whitaker@bryancave.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

    I certify that on January 9, 2015, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System, which will send notice of the filing to counsel for all parties having appeared of record.

                                          /s/ Kevin Reidy